4/22/2015

**Kinslow, Robert Shayne**

**Tr. Ct. No. CR01722**

COA No. 06-14-00085-CR
PD-0083-15

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

6TH COURT OF APPEALS CLERK
DEBBIE AUTREY
100 N. STATE LINE AVE.
TEXARKANA, TX 75501-5666
* DELIVERED VIA E-MAIL *